SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KATS II, LLC,,<br><br>　　　　Defendant. | Case No. **2:10-cv-02180-FCD-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 1, 2010 FOR DEFENDANT KATS II, LLC TO RESPOND TO COMPLAINT |

　Pursuant to Local Rule 144 (a), Plaintiff Scott N. Johnson and Defendant, Kats II, LLC, by and through their respective attorneys of record, Scott N. Johnson; Elizabeth B. Stallard, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Kats II, LLC until November 1, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Kats II, LLC is granted an extension until December 1, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Kats II, LLC response will be due no later than December 1, 2010.

IT IS SO STIPULATED effective as of November 10, 2010

Dated:   November 17, 2010          /s/Elizabeth B. Stallard
                                    Elizabeth B. Stallard,
                                    Attorney for Defendant
                                    Kats II, LLC


Dated:   November 10, 2010          /s/Scott N. Johnson
                                    Scott N. Johnson,
                                    Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendant Kats II, LLC shall have until December 1, 2010 to respond to complaint.

Dated: November 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2